# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 27, 2005

128365

BOBIE N. WOODARD,
       Plaintiff-Appellee,

v

SEBRO PLASTICS, INC., and ZURICH-
AMERICAN INSURANCE COMPANY,
       Defendants-Appellants,
and

KEY PLASTICS HOLDINGS, INC.,
       Defendant-Appellee.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 128365
COA: 258522
WCAC: 02-000108

On order of the Court, the application for leave to appeal the February 22, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 27, 2005

Clerk

t1219